New York Dock Company, Appellant, *v.* New York and Cuba Mail Steamship Company, Respondent.

(Argued May 12, 1932; decided June 1, 1932.)

*Alexander J. Feild* and *Charles E. Hotchkiss* for appellant.

*Eugene Underwood* and *Chauncey I. Clark* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: Pound, Ch. J., Crane, Lehman, Kellogg, O'Brien, Hubbs and Crouch, JJ.